UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| LACKIE DRUG STORE, INC., *on behalf of itself and Arkansans similarly situated*, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 4:22-CV-1163 RLW |
| EXPRESS SCRIPTS, ESI MAIL PROCESSING INC., ESI MAIL PHARMACY SERVICE, INC., and EXPRESS SCRIPTS PHARMACY, | ) ) ) ) ) ) | |
| Defendants. | ) | |

## ORDER

In accordance with the parties' Joint Status Report and Plaintiff Lackie Drug Store, Inc.'s Notice of Voluntary Dismissal, (ECF Nos. 116 & 117),

**IT IS HEREBY ORDERED** that the Scheduling Conference, previously set for December 15, 2022, at 1:30 p.m., is **CANCELLED.**

**IT IS FURTHER ORDERED** that the Clerk of Court shall make an entry in the docket record reflecting the dismissal of this matter without prejudice.  Fed. R. Civ. P. 41(a)(1)(A)(ii).

*/s/ Ronnie L. White*
**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**

Dated this   13th   day of December, 2022.